David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
MIDLAND CREDIT MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER SOBERON,<br>Plaintiff,<br>vs.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>Defendant. | Case No:<br>**NOTICE OF REMOVAL** |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, MIDLAND CREDIT MANAGEMENT, INC. hereby files this notice of removal under 28 U.S.C. §1446(a).

///

///

///

I.

**INTRODUCTION**

1. Defendant is MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"); Plaintiff is ROGER SOBERON ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on October 3, 2014, in the Superior Court of California, County of San Bernardino (Fontana), Case No. SMCFS1407261. A true and correct copy of Plaintiff's Claim and ORDER to Go to Small Claims Court is attached hereto as Exhibit "A".

3. In fact, Plaintiff filed three other claims against Defendant on October 3, 2014 in the Superior Court of California, County of San Bernardino: Case Nos. SMCFS1407260, SMCFS1407262 and SMCFS1407263.

4. According to the court docket for Case No. SMCFS1407261, Plaintiff sub-served Defendant on October 15, 2014. A true and correct copy of the print out of the Actions for Case No. SMCFS1407261 is attached hereto as Exhibit "B".

5. Pursuant to *Code of Civil Procedure* §116.340(a)(3), Plaintiff "may cause service of a copy of the claim and order to be made by substituted service" as provided Section 415.20 (a). Substituted service in this manner "is deemed complete on the 10th day after the mailing." Therefore, service was complete on October 25, 2014.

6. Defendant received Exhibit "A" via U.S. Mail on October 21, 2014.

///

7. In light of the foregoing, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## II.

## BASIS FOR REMOVAL

8. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged as to Defendant "They violated the Law in accordance with the Fair Debt Collection Practice Act, 15 U.S.C. §1692g, FDCPA Section 805(a)(1), they also violated 15 U.S.C. § 1692e(10) claiming that the burden of proof was on my side. MCM#: 8534032131". (¶3 of Exhibit "A").

9. Since Plaintiff's claims arise under the FDCPA and this is an action in which this Court has original jurisdiction under 28 U.S.C. §1331, this case may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a).

10.Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

///

III.

**JURY DEMAND**

12. Defendant demands a jury trial.

IV.

**CONCLUSION**

13. Defendant respectfully requests removal of this action as it involves a federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

DATED: November 6, 2014

CARLSON & MESSER LLP

By: /s/ J. Grace Felipe
J. Grace Felipe
Tamar Gabriel
Attorney for Defendant,
MIDLAND CREDIT MANAGEMENT, INC.