# EXHIBIT "A"

{EXHIBITS;1}

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT
OCT 03 2014
BY _____
MARIA CARBAJAL, DEPUTY

*Fill in court name and street address:*
Superior Court of California, County of
FONTANA SUPERIOR COURT
17780 ARROW BLVD.
FONTANA, CA 92335

*Clerk fills in case number and case name:*
Case Number: SMCFS1407261
Case Name:

## Order to Go to Court

The people in ① and ② **must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 11/12/14 | 1:30pm | F-2 | |
| 2. | | | | |
| 3. | | | | |

Date: OCT 03 2014     Clerk, by MariaCarbajal , Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5
→

Plaintiff *(list names):* Roger Soberon

Case Number: _____

(1) **The Plaintiff (the person, business, or public entity that is suing) is:**
Name: Roger Soberon   Phone: (909) 821-6102
Street address: 500 East E Street # 312   Ontario   CA   91764
Mailing address *(if different):* ___

**If more than one Plaintiff, list next Plaintiff here:**
Name: ___   Phone: ( )
Street address: ___
Mailing address *(if different):* ___

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

(2) **The Defendant (the person, business, or public entity being sued) is:**
Name: Midland Credit Management, Inc.   Phone: (800) 825-8131
Street address: 8875 Aero Drive Suite 200   San Diego   CA   92123
Mailing address *(if different):* ___

**If more than one Defendant, list next Defendant here:**
Name: ___   Phone: ( )
Street address: ___
Mailing address *(if different):* ___

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*
☐ *Check here if any Defendant is on active military duty, and write his or her name here:* ___

(3) **The Plaintiff claims the Defendant owes $ 1,500.00** ___. *(Explain below):*
a. Why does the Defendant owe the Plaintiff money? They violated the Law in accordance with the Fair Debt Collection Practice Act, 15 U.S.C. §1692g, FDCPA Section 805(a) (1), they also violated 15 U.S.C.§1692e(10) claiming that the burden of proof was on my side. MCM#: 8549386988
b. When did this happen? *(Date):* 09/19/2014
  If no specific date, give the time period: *Date started:* ___ *Through:* ___
c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Actual damags and Statutory damages pursuant 15U.S.C.§1692k.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names):* Roger Soberon

Case Number: _____

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☐ Yes ☑ No
*If no, explain why not:* After my Dispute in writing, this Collection Agency increase the Debt balance on my Equifax credit profile and maybe in Other Bureaus.

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies):*

- a. ☐ (1) Where the Defendant lives or does business.
       (2) Where the Plaintiff's property was damaged.
       (3) Where the Plaintiff was injured.
       (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

- b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

- c. ☑ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

- d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

- e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 91764

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 10/2/2014   Roger Soberon   *[signed]*
*Plaintiff types or prints name here*   *Plaintiff signs here*

Date: _____   _____   _____
*Second Plaintiff types or prints name here*   *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

JUAN DOMINGUEZ
131 ALPINE CT
ONTARIO, CA 91762

RECEIVED
OCT 21 2014
BY:

SANTA ANA CA 926
17 OCT 2014 PM 2 L

MIDLAND CREDIT MANAGEMENT, INC
8875 AERO DRIVE SUITE 200
SAN DIEGO, CA 92123